UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 0 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Kenneth Wayne Lewis, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 18-1611 (UNA)
)
)
United States Department of Justice *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "A confused and rambling narrative of charges and conclusions

1

. . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted).

Plaintiff is a prisoner at the Federal Correctional Institution in Fort Dix, New Jersey. He purports to sue the U.S. Department of Justice and U.S. Attorney General Jeff Sessions in his official and personal capacities. The complaint, however, consists mostly of text taken from Federal Rules of Civil Procedure 8 and 12 and 28 U.S.C. § 601 *et. seq.*, creating the Administrative Office of United States Courts. The cryptically worded pleading simply fails to provide any notice of a claim and the basis of jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

Date: July 27, 2018

_____
United States District Judge